IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON MANUFACTURING, LTD., ALCON LABORATORIES, INC., and KYOWA HAKKO KOGYO CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C. A. No. _____ ) ) ) ) ) |

**PLAINTIFFS ALCON MANUFACTURING, LTD., ALCON LABORATORIES, INC.
AND KYOWA HAKKO KOGYO CO. LTD.
<u>RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Alcon Manufacturing, Ltd., Alcon Laboratories, Inc. and Kyowa Hakko Kogyo Co. Ltd. hereby state that Alcon Manufacturing, Ltd. and Alcon Laboratories, Inc. are the wholly owned subsidiaries of parent corporation, Alcon, Inc. and that Kyowa Hakko Kogyo Co. Ltd. has no parent corporation and no publicly held company or investment fund holds a 10 percent or more interest in it.

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Thomas H. L. Selby
Daniel P. Shanahan
Jessamyn S. Berniker
Eric K. Chiu
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Dated: November 7, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Alcon Manufacturing, Ltd., Alcon Laboratories, Inc., and Kyowa Hakko Kogyo Co., Ltd.*