IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALCON MANUFACTURING, LTD., ALCON LABORATORIES, INC., and KYOWA HAKKO KOGYO CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C. A. No. 07-718 (GMS) ) ) ) ) ) |

### CORRECTED NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that plaintiffs Alcon Manufacturing, Ltd., Alcon Laboratories, Inc., and Kyowa Hakko Kogyo Co., Ltd., by and through their undersigned attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismiss the captioned action without prejudice. Each party to the action will bear its own costs and attorneys' fees.

OF COUNSEL:

Bruce R. Genderson
Adam L. Perlman
Thomas H. L. Selby
Daniel P. Shanahan
Jessamyn S. Berniker
Eric K. Chiu
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Dated: March 12, 2008

/s/ Anne Shea Gaza
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs Alcon Manufacturing, Ltd., Alcon Laboratories, Inc., and Kyowa Hakko Kogyo Co., Ltd.*

RLF1-3259932-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF. Notification of such filing is being sent to the following as noted:

**VIA FIRST CLASS MAIL**

Barr Laboratories, Inc.
400 Chestnut Ridge Road
Woodcliff Lake, NJ  07677

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com